UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**GARY ADDIVINOLA**         \*
    Plaintiff,         \*
                       \*    **CIVIL ACTION NO. 03-CV-12476REK**

vs.         \*
           \*

**THE HOME DEPOT USA, INC.**         \*
    Defendant.         \*
           \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Plaintiff's Local Rule 16.1 (D)(3) Certification

Attorney Donna L. Baron, counsel or plaintiff, hereby certifies that plaintiff and his counsel have conferred:

  (a) regarding a budget for the costs of conducting the litigation; and

  (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outline in Local Rule 16.4.

                                        _____
                                        Donna L. Baron, BBO # 030100
                                        Manelis, Beresen and Baron
                                        929 Worcester Road
                                        Framingham, MA 01701
                                        (508) 875-7000

Dated February 2, 2004

**CERTIFICATE OF SERVICE**

    I, Donna L. Baron, hereby certify that I have on this date, February 2, 2004, served a true and correct copy the above document on counsel for all parties by regular mail.

                                        _____
                                        Donna L. Baron