UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**GARY ADDIVINOLA** \*
    Plaintiff, \*
   \*    CIVIL ACTION NO. 03-CV-12476REK
vs. \*
   \*
**THE HOME DEPOT USA, INC.** \*
    Defendant. \*
   \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1, this certifies that counsel and an authorized representative of Home Depot USA, Inc., have conferred regarding the following issues:

1. A budget for the cost of litigating this matter through trial or other resolution; and

2. Consideration of alternative forms of dispute resolution at the appropriate time during the case.

Dated: February 3, 2004

Respectfully submitted,

An Authorized Representative of
Home Depot USA, Inc.

*/s/ Lola Becton*
Name: Lola Becton

Title: Litigation Paralegal

Attorneys for Home Depot USA, Inc.

*/s/ James M. Campbell*
James M. Campbell (BBO# 541882)
Kenneth M. Robbins (BBO# 636231)
Campbell Campbell Edwards & Conroy,
Professional Corporation
One Constitution Plaza
Boston, Massachusetts, 02129
(617) 241-3000