UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
***********************************
GARY ADDIVINOLA                    *
     Plaintiff,                    *
                                   *    CIVIL ACTION NO. 03-CV-12476REK
vs.                                *
                                   *
THE HOME DEPOT USA, INC.           *
     Defendant.                    *
                                   *
***********************************
```

## HOME DEPOT USA, INC.'S LOCAL RULE 7.3
## CORPORATE DISCLOSURE STATEMENT

Home Depot U.S.A., Inc. discloses that Home Depot U.S.A., Inc. is a wholly owned subsidiary of "The Home Depot, Inc." The Home Depot, Inc. is a Delaware corporation and is the parent company of Home Depot, U.S.A., Inc. and has owned 100% of the shares of Home Depot U.S.A., Inc. since its inception.

Dated: February 4, 2004

        HOME DEPOT USA, INC.
        By its attorneys,
        CAMPBELL CAMPBELL EDWARDS & CONROY,
        PROFESSIONAL CORPORATION,

        James M. Campbell (BBO# 541882)
        Kenneth M. Robbins (BBO# 636231)
        One Constitution Plaza
        Boston, MA 02129
        (617) 241-3000

I, Kenneth M. Robbins,

## CERTIFICATE OF SERVICE

I, Kenneth M. Robbins, hereby certify that I have on February 4th, 2004, served a true and correct copy the above document on counsel for all parties by first class mail.

_____
Kenneth M. Robbins