UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GARY ADDIVINOLA, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 03-12476-JGD |
| | ) | |
| HOME DEPOT U.S.A., INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Following the scheduling conference held today pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16.1, the court adopts the "Joint Statement of the Parties" (Docket #5). Specifically, it is hereby ORDERED as follows:

1. Interrogatories shall be served no later than **May 31, 2004**.

2. Parties shall serve Fed. R. Civ. P. 34 requests by **May 31, 2004**.

3. Parties shall serve Fed. R. Civ. P. 36 requests no later than 90 days before the date set for commencement of trial.

4. All discovery depositions of fact witnesses shall be concluded no later than **September 30, 2004**.

5. The parties shall provide their Fed. R. Civ. P. 26(a)(2) disclosures with respect to proposed trial experts no later than **November 30, 2004**.

6. The parties shall produce their proposed trial experts for deposition no later than **December 30, 2004**.

7. Dispositive motions shall be filed no later than **January 1, 2005**.

8. The next status conference is scheduled for **Tuesday, June 8, 2004, at 10:00 A.M.** At that time, the parties shall be prepared to discuss:

    (a) The status of the case.
    (b) Scheduling for the remainder of the case through trial.
    (c) The use of alternative dispute resolution ("ADR") programs.

6. The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 5 above. The parties shall just indicate if an agreement has been reached to use ADR, the respective position of each party does not have to be identified.

                                      / s / Judith Gail Dein
                                      Judith Gail Dein
DATED: March 8, 2004              United States Magistrate Judge