UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
*************************************
GARY ADDIVINOLA                      *
     Plaintiff,                      *
                                     *    CIVIL ACTION NO. 03-CV-12476REK
                                     *
vs.                                  *
                                     *
THE HOME DEPOT USA, INC.             *
     Defendant.                      *
                                     *
*************************************
```

Plaintiff's Local Rule 16.1 (D)(3) Certification

Attorney Donna L. Baron, counsel for plaintiff, hereby certifies that plaintiff and his counsel have conferred:

(a) regarding a budget for the costs of conducting the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outline in Local Rule 16.4.

_____    _____
Gary Addivinola                 Donna L. Baron, BBO # 030100
Plaintiff                       Manelis, Beresen and Baron
                                929 Worcester Road
                                Framingham, MA 01701
                                (508) 875-7000

Dated: February 17, 2004

### CERTIFICATE OF SERVICE

I, Donna L. Baron, hereby certify that I have on this date, 4-7-04, served a true and correct copy the above document on counsel for all parties by regular mail.

_____
Donna L. Baron