UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-CV-12476REK

| | |
|---|---|
| GARY ADDIVINOLA, ) | |
| Plaintiff ) | |
| ) | |
| V. ) | **NOTICE OF APPEARANCE** |
| ) | |
| HOME DEPOT U.S.A., INC. ) | |
| Defendant ) | |

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as attorney for the defendant, HOME DEPOT U.S.A., INC., in the above entitled action.

DATED AT BOSTON, MASSACHUSETTS THIS 14th DAY OF APRIL, 2004.

HERLIHY, THURSBY AND HERLIHY, LLP

BY: _____
James J. Walsh — BBO #514560
HERLIHY, THURSBY AND HERLIHY, LLP
133 Federal Street
Boston, MA  02110
(617) 426-6100

**CERTIFICATE OF SERVICE**

I, James J. Walsh, Counsel of Record for the defendant, HOME DEPOT U.S.A., INC., hereby certify that I have this day, APRIL 14, 2004, served a copy of the within NOTICE OF APPEARANCE, by first class mail, postage prepaid, to:

Donna L. Baron
Manelis, Beresen & Baron
929 Worcester Road
Framingham, MA 01701

_____
James J. Walsh

2