UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GARY ADDIVINOLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 03-12476-JGD |
| HOME DEPOT U.S.A., INC., | ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

Following a scheduling conference held today in accordance with Fed. R. Civ. P.

16(a), it is hereby ORDERED as follows:.

1.    The next status conference is scheduled for Thursday, **September 23, 2004** at 10:00AM.  At that time, the parties shall be prepared to discuss:

      (a)    The status of the case.

      (b)    Scheduling for the remainder of the case through trial.

      (c)    Use of the court's alternative dispute resolution (ADR) program.

2.    The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph (1) above.  The parties shall just indicate if an agreement has been reached to utilize ADR.  The respective position of each party does not have to be identified.


____/ s / Judith Gail Dein_____
Judith Gail Dein
DATED: June 8, 2004                     United States Magistrate Judge