UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*************************************

GARY ADDIVINOLA
   Plaintiff,

*CIVIL ACTION NO. 03-CV-12476-REK
JGD

vs.

THE HOME DEPOT USA, INC.
   Defendant.

*************************************

## NOTICE OF WITHDRAWAL

   Now comes Donna L. Baron, Esquire, and withdraws her appearance on behalf of the Plaintiff, Gary Addivinola, with respect to the above captioned matter. The appearance of successor counsel, Elliot Beresen, is filed herewith.

Dated: 9-8-04

Gary Addivinola,
By his attorney,

Donna L. Baron, Esquire
BBO # 030100
Manelis, Beresen & Baron
929 Worcester Road
Framingham MA 01701
(508) 875-3833

## CERTIFICATE OF SERVICE

   I, Donna L. Baron, hereby certify that on September 8, 2004 I served a copy of the foregoing document by mailing a copy thereof first class, postage prepaid, to all parties of interest.

Donna L. Baron

1