UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2004 SEP 23 P 12:04

****

GARY ADDIVINOLA
  Plaintiff,

vs.

THE HOME DEPOT USA, INC.
  Defendant.

****

*CIVIL ACTION NO. 03-CV-12476REK
 DISTRICT OF MASS JGD

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as co-counsel for the plaintiff, Gary Addivinola, in the above entitled case.

Dated: September 23, 2004

*signature*
Elliot Beresen, BBO #038440
Manelis & Beresen
929 Worcester Road
Framingham, MA 01701
(508) 875-3833

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by mail on September 23, 2004.

*signature*
Elliot Beresen

1