UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GARY ADDIVINOLA,            )
                            )
    Plaintiff,              )       CIVIL ACTION
v.                          )       NO. 03-12476-JGD
                            )
HOME DEPOT U.S.A., INC.,    )
                            )
    Defendant.              )

# **SCHEDULING ORDER**

After a status conference held today in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. The next status conference is scheduled for **Wednesday**, **March 23, 2005, at 2:30 P.M.**  At that time, the parties shall be prepared to discuss:

    (a) The status of the case;
    (b) Scheduling for the remainder of the case through trial;
    (c) Use of the court's alternative dispute resolution (ADR) program.

2. The parties shall submit a joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph (1) above.  With respect to item 1(c), the parties shall indicate whether an agreement has been reached, but are not obligated to identify their respective positions.

                                                                  / s / Judith Gail Dein
                                                                  Judith Gail Dein
                                                                 United States Magistrate Judge

DATED: January 13, 2005