UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| GARY ADDIVINOLA | \* |
| Plaintiff, | \* |
| | \*CIVIL ACTION NO. 03-CV-12476~~REK~~ JGD |
| | \* |
| vs. | \* |
| | \* |
| THE HOME DEPOT USA, INC. | \* |
| Defendant. | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii), the parties herein stipulate that this action on behalf of Gary Addivinola, be dismissed as to defendant, The Home Depot USA, Inc., with prejudice, without costs, and waiving all rights of appeal.

By Their Attorneys,

Plaintiff,                                              Defendant,

_____                    _____
Elliot Beresen, BBO#038440                   James J. Walsh, BBO#
Manelis & Beresen                                 Herlihy, Thursby & Herlihy, LLP
929 Worcester Road                              133 Federal Street
Framingham, MA 01701                         Boston, MA 02110
(508) 875-3833                                       (617) 426-6100

## CERTIFICATE OF SERVICE

I, Elliot Beresen, hereby certify that a true copy of the foregoing document was served upon the attorney of record for the defendant by regular mail, postage prepaid on March 29, 2005.

_____
Elliot Beresen

1